UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC WILSON,                                        ) | |
|         Movant,        ) | |
| )                                                          | |
|   vs.                                      ) | 4:09-cv-152-SEB-WGH |
| )                                                          | |
| UNITED STATES OF AMERICA.     ) | |

### Entry Directing Further Proceedings

Movant Eric Wilson seeks relief pursuant to 28 U.S.C. § 2255 based on his contention that he was denied the effective assistance of counsel at sentencing. His motion does not, however, allege or identify prejudice from his representation in the manner required by *Strickland v. Washington,* 466 U.S. 668 (1984). In order to show prejudice from a counsel's inadequate representation, a petitioner "'must show that there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different . . . .'" *Pole v. Randolph,* 570 F.3d 922, 934 (7th Cir. 2009) (quoting *Strickland,* 466 U.S. at 694); *see also Wyatt v. United States,* 574 F.3d 455, 458 (7th Cir. 2009).

Movant Wilson shall have **through December 21, 2009,** in which to **supplement** his motion for relief pursuant to 28 U.S.C. § 2255 by identifying what prejudice, if any, he suffered associated with the claims of ineffective assistance of counsel.

A copy of the filed motion for relief pursuant to 28 U.S.C. § 2255 shall be included with Mr. Wilson's copy of this Entry.

**IT IS SO ORDERED.**

Date: 12/01/2009

*SARAH EVANS BARKER, JUDGE*
United States District Court
Southern District of Indiana

Distribution:

Eric Wilson
08883-028
Devens
Federal Medical Center
PO Box 879
Ayer, MA 01432

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**